In the Matter of GEORGE W. WELECK, an attorney at law.

October 9, 1950. Suspension lifted and petitioner reinstated as an attorney at law.

In the Matter of PHILIP MITCHELL, an attorney and counsellor at law.

Argued October 30, 1950.

For the rule: *Mr. Frederick C. Vonhof.*

Name of respondent ordered stricken from the roll of attorneys and counsellors.

November 6, 1950.

In the Matter of EDWARD B. BARISON, an attorney at law.

Name of respondent ordered stricken from the roll of attorneys.